# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131845

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COFFEE BEANERY, LTD.,
         Plaintiff/Counter-Defendant-
         Appellee,

v

WILLIAM ALBERT, MICHAEL YURICK, and
HARTLAND COFFEE BEANERY, LLC, d/b/a
COFFEE BEANERY,
         Defendants/Counter-Plaintiffs/
         Third-Party Plaintiffs/Third-Party
         Defendants-Appellants,

and

KEVIN SHAW,
         Third-Party Plaintiff/Third-Party
         Defendant.

SC: 131845
COA: 259022
Livingston CC: 02-018999-CK

_____/

      On order of the Court, the application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

s1120

_____
Clerk